# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHA HANNA, | : | CIVIL CASE NO. 3:02CV1797(DJS) |
|     Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| CAROLE PANNOZZO, in her official | : | |
| capacity as Interim Director of | : | |
| Human Resources for the Bridgeport | : | |
| Board of Education; and the CITY OF | : | |
| BRIDGEPORT BOARD OF EDUCATION, | : | |
|     Defendants. | : | NOVEMBER 3, 2003 |

## PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves that the court extend the time for filing the plaintiff's papers in opposition to the defendants' motion for summary judgment through December 1, 2003. Counsel for the plaintiff represents that on November 3, 2003, he commences a trial in the United States District Court for the District of Connecticut, in the case of *Gupta v. Norwalk*, 3:98CV2153 (AWT). The trial is expected to conclude on November 7, 2003. Further, plaintiff's counsel is scheduled to commence a trial in the Connecticut Superior Court, Judicial District of Hartford, on November 13, 2003, in the case of Burke v. DMR, CV-01-0809994 S. In preparing for these trials, plaintiff's counsel has not been able to complete the papers in opposition to defendants' motion for summary judgment.

Wherefore, the plaintiff requests that the court extend the time within which to file his opposition to the defendants' motion for summary judgment to December 1, 2003.

The plaintiff's counsel has unsuccessfully attempted to consult with defendants' counsel concerning the motion for extending the time within which to file his opposition to the defendants' motion for summary judgment to December 1, 2003.

This is the plaintiff's second request for an extension of time.

                        THE PLAINTIFF – MARSHA HANNA

                        BY_____
                        Thomas W. Bucci, for
                        WILLINGER, WILLINGER & BUCCI, P.C.
                        855 Main Street
                        Bridgeport, CT  06604
                        Tel: (203) 366-3939
                        Fax: (203) 337-4588
                        Fed. Bar #ct07805

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing *Plaintiff's Motion for Extension of Time to File Papers In Opposition To Defendants' Motion For Summary Judgment* have been sent, by First Class Mail, postage prepaid, on this 3rd day of November, 2003, to:

David J. Kelly, Esquire
DURANT, NICHOLS, HOUSTON, HODGSON &
CORTESE-COSTA, PC
1057 Broad Street
Bridgeport, CT  06604
Tel: 203-366-3438
Federal Bar No. ct19775

                                                                             _____
                                                                               Thomas W. Bucci