UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARSHA HANNA**   Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv1797(DJS) |
| **CAROLE PANNOZZO, in her official capacity as Interim Director of Human Resources for the Bridgeport Board of Education, ET AL**   Defendants | : |

### ORDER

The Plaintiff's Motion for Further Extension of Time to File Papers In Opposition to Defendants' Motion for Summary Judgment (Doc. #27) is hereby **GRANTED nunc pro tunc to and including December 1, 2003.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   18th   day of December, 2003.


                                    /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge