UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 22 P 1: 56
U.S. DISTRICT COURT

MARSHA HANNA,

    Plaintiff,

v.

CAROLE PANNOZZO, in her official capacity as Interim Director of Human Resources for the Bridgeport Board of Education; CITY OF BRIDGEPORT BOARD OF EDUCATION,

    Defendants.

CIVIL ACTION NO.
3:02CV1797 (DJS)

DECEMBER 19, 2003

## MOTION FOR EXTENSION OF TIME

NOW COME Defendants, by and through their undersigned counsel, and request pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure and Judge Squatrito's September 17, 2003 Order an enlargement of time to up to and including February 2, 2004 to conduct the depositions of Plaintiff's treating physicians. Due to Plaintiff's physician's schedule, Defendants require additional time to conduct the deposition of Dr. Adefuin. Defendants also request an extension of time to serve dispositive motions until March 5, 2004. Defendants require additional time to prepare dispositive motions after the deposition of Dr. Adefuin.

This is Defendants' second request for an enlargement of time regarding this deadline. Plaintiff's counsel has been contacted and has no objection to Defendants' Motion for Extension. The case is not assigned for trial.

ORAL ARGUMENT NOT REQUESTED

Done at Bridgeport, Connecticut, this 19th day of December, 2003.

*David J. Kelly* (signature)

David J. Kelly
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT 06604
203-366-3438
Federal Bar No. ct19775
ATTORNEYS FOR DEFENDANTS

## CERTIFICATION

I hereby certify that a copy of the foregoing was caused to be served this 19th day of December, 2003, via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT  06604

_____
David J. Kelly

P:\lit\CTC\091200\374\00034894.DOC