UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARSHA HANNA** <br>     **Plaintiff** | : |
| **v.** | : CIVIL NO.: 3:02cv1797(DJS) |
| **CAROLE PANNOZZO, in her official capacity as Interim Director of Human Resources for the Bridgeport Board of Education, ET AL** <br>     **Defendants** | : |

**ORDER**

The Motion for Extension of Time (Doc. #32) is hereby **GRANTED**. All discovery, including expert depositions and expert reports shall be completed by **February 2, 2004.** Dispositive motions shall be filed by **March 5, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **April 5, 2004**. This case shall be trial ready **May, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   22nd   day of January, 2004.

                                            /s/DJS
                                            Dominic J. Squatrito
                                            United States District Judge