UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHA HANNA, | : |
| | :    CIVIL ACTION NO. |
| Plaintiff, | :    3:02CV1797 (DJS) |
| | : |
| v. | : |
| | : |
| CAROLE PANNOZZO, in her official capacity | : |
| as Interim Director of Human Resources for | : |
| the Bridgeport Board of Education; CITY OF | : |
| BRIDGEPORT BOARD OF EDUCATION, | : |
| | : |
| Defendants. | :    JANUARY 30, 2004 |

## MOTION FOR EXTENSION OF TIME
## AND REQUEST FOR SETTLEMENT CONFERENCE

Counsel for the parties have conferred and believe that the chance for a settlement in this matter is greater if discovery and motion practice can be stayed pending a settlement conference with a Magistrate Judge. Thus, Defendants hereby request the scheduling of a settlement conference before a Magistrate Judge at the earliest possible convenience.

In the interim, Defendants, by and through their undersigned counsel, request pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure and Judge Squatrito's September 17, 2003 Order, an enlargement of time of thirty (30) days after the date of a settlement conference to complete the depositions of Plaintiff's treating physicians and an enlargement of time of thirty (30) days after the completion of the depositions to serve dispositive motions. In support of this motion Defendant's represent that Plaintiff's physician, Dr. Z.A. Adefuin, is presently out of the country and will not be back in the United States until the second week of February 2004. Thus,

Dr. Adefuin is not available for a deposition prior to the discovery cutoff date of February 2, 2004. Therefore, Defendants require additional time to conduct the deposition of Dr. Adefuin and, if necessary, Defendants will require additional time to prepare dispositive motions after the deposition of Dr. Adefuin.

This is Defendants' third request for an enlargement of time regarding this deadline. Defendants' counsel has contacted Plaintiff's counsel and Plaintiff's counsel has no objection to this motion. The case is not assigned for trial.

Done at Bridgeport, Connecticut, this 30th day of January, 2004.

*David J. Kelly*
David J. Kelly
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT 06604
203-366-3438
Federal Bar No. ct19775
ATTORNEYS FOR DEFENDANTS

## CERTIFICATION

I hereby certify that a copy of the foregoing was caused to be served this 30th day of January, 2004, via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT  06604

*David J. Kelly*
David J. Kelly

P:\lit\CTC\091200\374\00038119.DOC