UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARSHA HANNA**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv1797(DJS) |
| **CAROLE PANNOZZO, in her official capacity as Interim Director of Human Resources for the Bridgeport Board of Education, ET AL**<br>    Defendants | : |

### ORDER

The Motion for Extension and Request for Settlement Conference (Doc. #34) is hereby **GRANTED in part.** Discovery shall be concluded by **May 4, 2004.** Dispositive motions shall be filed by **June 4, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **July 5, 2004.** This case shall be trial ready **August, 2004.**

This case shall be referred to Magistrate Thomas P. Smith for a settlement conference. Said settlement conference shall in no way stay the scheduling order set by this Court as set out above.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___20th___ day of February, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge