UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR -5 P 2: 13

U.S. DISTRICT COURT
HARTFORD CT

HANNA
    -Plaintiff(s)

-v-                    NO. 3-02 CV 1797 DJS)

PANNOZZO
    -Defendant(s)

## ORDER

A settlement conference will be held before the undersigned on **AUGUST 5, 2004, at 10:00 a.m.**  Counsel shall be accompanied by the appropriate persons with the authority to settle. It will not be sufficient for such individuals to be "available by telephone." See  Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this  5th  day of  April, 2004.

Thomas P. Smith
United States Magistrate Judge