FILED

2004 APR 23 P 1: 38

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHA HANNA, | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV1797 (DJS) |
| v. | : |
| CAROLE PANNOZZO, in her official capacity as Interim Director of Human Resources for the Bridgeport Board of Education; CITY OF BRIDGEPORT BOARD OF EDUCATION, | : |
| Defendants. | : APRIL 21, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure and Judge Squatrito's September 17, 2003 Order, Defendants, by and through their undersigned counsel, request an enlargement of time of up to and including June 11, 2004 to complete discovery, until July 12, 2004 to serve dispositive motions, and if dispositive motions are not filed, until August 13, 2004 to file the Joint Trial Memorandum. In support of this motion Defendants represent that the parties are currently in settlement discussions which, if successful, would negate the need to complete discovery and file dispositive motions..

This is Defendants' fourth request for an enlargement of time regarding these deadlines. Defendants' counsel has contacted Plaintiff's counsel and Plaintiff's counsel has no objection to this motion. The case is listed as trial ready in August 2004.

Done at Bridgeport, Connecticut, this 21st day of April, 2004.

*David J. Kelly*
David J. Kelly
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT 06604
203-366-3438
Federal Bar No. ct19775
ATTORNEYS FOR DEFENDANTS

## CERTIFICATION

I hereby certify that a copy of the foregoing was caused to be served this 21st day of April, 2004, via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

*David J. Kelly*
———————————
David J. Kelly

P:\lit\CTC\091200\374\00039520.DOC