UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARSHA HANNA** : <br>     **Plaintiff** | |
| **v.** : | **CIVIL NO.: 3:02cv1797(DJS)** |
| **CAROLE PANNOZZO, in her official capacity as Interim Director of Human Resources for the Bridgeport Board of Education, ET AL** : <br>     **Defendants** | |

### ORDER

The Motion for Extension of Time (Doc. #38) is hereby **GRANTED.** Discovery shall be concluded by **June 11, 2004.** Dispositive motions shall be filed by **July 12, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **August 13, 2004.** This case shall be trial ready **September, 2004.** No further extensions shall be granted. Said settlement conference set for August 5, 2004 shall in no way stay or change the scheduling order set by this Court as set out above.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __28th__ day of April, 2004.

    /s/DJS
    Dominic J. Squatrito
    United States District Judge