**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARSHA HANNA, | : | CIVIL CASE NO.  3:02CV1797(DJS) |
|    Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| CAROLE PANNOZZO, in her official | : | |
| capacity as Interim Director of | : | |
| Human Resources for the Bridgeport | : | |
| Board of Education; and the CITY OF | : | |
| BRIDGEPORT BOARD OF EDUCATION, | : | |
|    Defendants. | : | JULY 29, 2004 |

## MOTION TO ATTEND SETTLMENT CONFERENCE WITH PLAINTIFF'S HUSBAND IN PLACE OF PLAINTIFF

The plaintiff respectfully requests that the Court allow her to be represented by her husband, Michael Hanna, at the settlement conference scheduled for August 5, 2004.  The plaintiff represents that her husband will have full authority to settle the case on her behalf.  The plaintiff makes this request for the reason that on August 5, 2004, she will be out of the country.  The plaintiff further represents that Michael Hanna and she have been married over thirty years, and through the years she has entrusted such authority in Michael Hanna, and Michael Hanna has placed such authority in her.

**WHEREFORE,** the plaintiff moves that the Court allow her to be represented at the settlement conference by her husband, Michael Hanna.

                          THE PLAINTIFF – MARSHA HANNA


                          BY_____
                          Thomas W. Bucci, for
                          WILLINGER, WILLINGER & BUCCI, P.C.
                          855 Main Street
                          Bridgeport, CT  06604
                          Tel: (203) 366-3939
                          Fax: (203) 337-4588
                          Fed. Bar #ct07805

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing *Motion* has been sent, by First Class Mail, postage prepaid, on this 29th day of July 2004, to:

David J. Kelly, Esquire
DURANT, NICHOLS, HOUSTON, HODGSON &
CORTESE-COSTA, PC
1057 Broad Street
Bridgeport, CT  06604
Tel: 203-366-3438
Federal Bar No. ct19775

                                                                             _____
                                                                             Thomas W. Bucci