UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARSHA HANNA**  Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv1797(DJS) |
| **CAROLE PANNOZZO, in her official capacity as Interim Director of Human Resources for the Bridgeport Board of Education, ET AL**  Defendants | : |

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __15th__ day of April, 2005.

/s/DJS
Dominic J. Squatrito
United States District Judge